AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| SALIM SHAHRIAR, DARIO MONTERO, and JULIO SALAZAR <br><br> *Plaintiff(s)* <br><br> v. <br><br> AKAL HOLDINGS LLC d/b/a WHITE RADISH, PUNEET SINGH a/k/a PAUL SINGH, and DAVID BOZIDAR <br><br> *Defendant(s)* | Civil Action No. 25-cv-02002-BMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  

Akal Holdings LLC d/b/a White Radish
108-25 Ascan Ave
Forest Hills, NY 11375

Puneet Singh a/k/a Paul Singh
c/o Akal Holdings LLC d/b/a White Radish
108-25 Ascan Ave
Forest Hills, NY 11375

David Bozidar
c/o Akal Holdings LLC d/b/a White Radish
108-25 Ascan Ave
Forest Hills, NY 11375

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert Wisniewski
17 State Street
Ste 820
New York, NY 10004
212-267-2101
Email: rw@rwapc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/11/2025



BRENNA B. MAHONEY
*CLERK OF COURT*

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*